IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY SIMPSON, Personal Representative of the Estate of Logan Wayne Simpson, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-CV-491-GKF-FHM ) |
| JON LITTLE, | ) ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff's *Motion to Compel Production of Documents from the City of Bixby*, [Dkt. 19], is before the court for decision. Plaintiff seeks an Order compelling the City of Bixby to produce documents pursuant to a subpoena issued in this case. No response or objection has been filed to Plaintiff's motion and the time to respond has passed.

Plaintiff's *Motion to Compel Production of Documents from the City of Bixby*, [Dkt. 19], is therefore GRANTED and the City of Bixby is ordered to comply with the subpoena.

SO ORDERED this 19th day of March, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE