FILED  
United States Court of Appeals  
Tenth Circuit  

January 5, 2021  

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

| | |
|---|---|
| TIFFANY SIMPSON, Personal Representative of the Estate of Logan Wayne Simpson,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>IKE SHIRLEY; CITY OF BIXBY, OKLAHOMA,<br><br>    Defendants - Appellees,<br><br>and<br><br>JON LITTLE; JANE DOE; JOHN DOE,<br><br>    Defendants. | No. 20-5114<br>(D.C. No. 4:18-CV-00491-GKF-CDL)<br>(N.D. Okla.) |

─────────────────────────────

**ORDER**

─────────────────────────────

This matter is before the court on Appellant's "Motion for Voluntary Dismissal."

The motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.


                            Entered for the Court


                            CHRISTOPHER M. WOLPERT, Clerk

**From:** CM-ECF Intake OKND
**To:** Stephanie Clark
**Subject:** FW: 20-5114 Simpson v. Shirley, et al "Case termination without a panel" (4:18-CV-00491-GKF-CDL)
**Date:** Monday, January 11, 2021 3:47:55 PM

**From:** ca10_cmecf_notify@ca10.uscourts.gov <ca10_cmecf_notify@ca10.uscourts.gov>
**Sent:** Tuesday, January 5, 2021 5:51 PM
**To:** CM-ECF Intake OKND <CM-ECFIntake_OKND@oknd.uscourts.gov>
**Subject:** 20-5114 Simpson v. Shirley, et al "Case termination without a panel" (4:18-CV-00491-GKF-CDL)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 01/05/2021 at 4:50:37 PM MST and filed on 01/05/2021

**Case Name:** Simpson v. Shirley, et al
**Case Number:** 20-5114
**Document(s):** Document(s)

**Docket Text:**
[10797684] FRAP 42. Procedural termination without judicial action by Clerk of the Court. [20-5114]

**Notice will be electronically mailed to:**

Baylor C. Boone: bboone@bestsharp.com
Mr. William B. Federman: wbf@federmanlaw.com, law@federmanlaw.com, ngb@federmanlaw.com
Mr. Matthew Benjamin Free: mfree@bestsharp.com, dlovel@bestsharp.com
Thomas A. LeBlanc: tleblanc@bestsharp.com, dlovel@bestsharp.com
Carin L. Marcussen: carin@marcussenlaw.com, admin@marcussenlaw.com, law@federmanlaw.com
Mr. Scott B. Wood: okcoplaw@aol.com, wpw_sec@yahoo.com

Mr. Kevin Duane Adams: kadams@lawyer.com (*daily summary*)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 20-5114_ApetMotiontoDismissGrant.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/05/2021] [FileNumber=10797684-0]
[d40c0c0e5905235564bf299e280f389cfb06b47af36e287dc18a7ffcdb02b0f8481a23ebe7891d40a142e0b266e59956992e80fbe20f9ebe779295e0d951fc26]]