UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Tiffany Simpson,<br><br>                     Plaintiff(s),<br>vs.<br><br>Jon Little,<br><br>                    Defendant(s). | Case No.:   18-cv-00491-GKF-CDL<br><br><br><br>SETTLEMENT CONFERENCE REPORT |

On 1/26/2022, a Settlement Conference was held in the captioned matter.

☐    The litigation was settled; within \_\_\_\_ days of the date hereof, the Plaintiff and Defendant shall file:

      --    a Stipulation of Dismissal
             OR
      --    Agreed Judgment and
           Motion to Enter Agreed Judgment

☐    The litigation was not settled.

☒    Settlement negotiations are pending. The parties are to phone the undersigned by *Noon* on *Monday, Jan. 31, 2022*

DATED: 1/26/2022

_____
Paul J. Cleary, U.S. Magistrate Judge