## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TIFFANY SIMPSON**, Personal Representative of the Estate of Logan Wayne Simpson,<br><br>    **Plaintiff**,<br><br>v.<br><br>**JON LITTLE,**<br><br>    **Defendant**. | Case No. 18-cv-491-GKF-CDL |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tiffany Simpson, Personal Representative of the Estate of Logan Wayne Simpson, and Defendant Jon Little, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), with each party to bear his or her own attorneys' fees and costs.

*s/William B Federman*
William B. Federman, OBA #2853
D. Colby Addison, OBA #32718
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:   (405) 239-2112
wbf@federmanlaw.com
dca@federmanlaw.com

Joseph Norwood, OBA #19993
Norwood Law Firm, PC
ATTORNEY AT LAW
1717 S. Cheyenne Ave.
Tulsa, OK 74119
Telephone: (918) 582-6464
joe@norwoodlegal.com
**Attorneys for Plaintiff Tiffany Simpson, Personal Representative of the Estate of Logan Wayne Simpson**

*s/Scott B. Wood (with permission)*
Scott B. Wood, OBA #12536
WOOD, PUHL, & WOOD, PLLC
2409 E. Skelly Drive, Suite 200
Tulsa, OK 74105
*Tel* (918) 742-0808 / *Fax* (918) 742-0812
**Attorney for Defendant Jon Little**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2022, I caused a true and correct copy of the foregoing to be sent via email to the following counsel of record in this case:

Scott B. Wood (okcoplaw@aol.com)
WOOD PUHL & WOOD, P.L.L.C.
2409 E. Skelly Dr., Ste. 200
Tulsa, OK 74105

**Attorney for Defendant Jon Little**

                *s/William B. Federman*_____
                Attorney for Plaintiff